IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFF BARTELS,<br><br>                     Plaintiff,<br><br>v.<br><br>YICHANGSHIXUEJUANMAOBAISHANGMAO, *et al.*,<br><br>                     Defendants. | Civil Action No. 25-cv-1402<br><br>Judge Bissoon |

**MOTION FOR PRELIMINARY INJUNCTION**

In connection with this Court's November 12, 2025 and November 19, 2025 Orders, Plaintiff now moves this Court for an Order granting the Motion for a Preliminary Injunction against the Defendants identified on **Schedule "A"** to the Complaint and attached hereto (collectively, the "Defendants"). The legal support for this motion is contained in the Memorandum of Law. The evidence supporting this motion is contained in the Declarations of Jeff Bartels, Stanley D. Ference III, and Dee Odell, and the exhibits attached thereto. A proposed Order affirmatively granting the relief sought herein is filed herewith.

/

/

/

/

/

/

                                                                            Respectfully submitted,

Dated: December 8, 2025            /s/ Stanley D. Ference III
                                                                     Stanley D. Ference III
                                                                     Pa. ID No. 59899
                                                                     courts@ferencelaw.com

                                                                     FERENCE & ASSOCIATES LLC
                                                                     409 Broad Street
                                                                     Pittsburgh, Pennsylvania 15143
                                                                     (412) 741-8400 – Telephone
                                                                     (412) 741-9292 – Facsimile

                                                                     Attorneys for Plaintiffs